IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DONALD WINNETT,                                                                    PLAINTIFF
ADC #139544

VS.                              CASE NO. 2:08CV00199 JMM

DR. EDWARDS, et al.                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr., the timely objections thereto, as well as a de novo review of the record. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS, THEREFORE, ORDERED that plaintiff's food/kitchen claim against defendant Bell is hereby DISMISSED with prejudice.

SO ORDERED this 2nd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE