IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DONALD WINNETT,
ADC #139544                                                                                          PLAINTIFF

v.                                         2:08CV00199JMM/HLJ

DR. EDWARDS, et al.                                                                             DEFENDANTS

## ORDER

Plaintiff's motion to voluntarily dismiss defendant Dr. Edwards from this lawsuit (DE #40), is hereby GRANTED.

IT IS SO ORDERED this 20th day of January, 2009.

_____
United States District Judge