IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DONALD WINNETT,
ADC #139544                                                              PLAINTIFF

v.                                    2:08CV00199HLJ

DR. EDWARDS, et al.                                                      DEFENDANTS

ORDER

Plaintiff's motion to voluntarily dismiss defendant Dr. Joe Hughes from this lawsuit (DE
#66) is hereby GRANTED.  Defendants filed a response indicating no opposition to the motion (DE
#67).

IT IS SO ORDERED this 13th day of April,  2009.

_____
United States District Judge