IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DONALD WINNETT,
ADC #139544                                                                                          PLAINTIFF

2:08CV00199JMM/HLJ

DR. EDWARDS, et al.                                                                              DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment (DE #96) is hereby GRANTED, and plaintiff's complaint against defendants is DISMISSED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE