IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DONALD WINNETT,
ADC #139544                                                                                           PLAINTIFF

2:08CV00199JMM/HLJ

DR. EDWARDS, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to exhaust. The relief sought is denied.

IT IS SO ADJUDGED this 15th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE